(April 15, 1997)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME WILLIAMS, Appellant. [656 NYS2d 723] —Judgment,

Supreme Court, Bronx County (George Covington, J.), rendered December 9, 1994, convicting defendant, after a jury trial, of robbery in the first degree and criminal possession of stolen property in the fifth degree, and sentencing him, as a second violent felony offender, to concurrent prison terms of 11 to 22 years and 1 year, respectively, unanimously affirmed.

Defendant's waiver of his right to be present during robing room conferences with potential jurors was knowingly, voluntarily and intelligently made (*see, People v Vargas*, 88 NY2d 363, 376), and the court properly exercised its discretion in rejecting defendant's subsequent request to rescind his waiver (*supra,* at 377; *see also, People v Charles*, 234 AD2d 53).

Defendant's claim that in disallowing a defense peremptory challenge, the court failed to make proper *Batson* findings is unpreserved for review (*People v Rivera*, 225 AD2d 392, *lv denied* 88 NY2d 969), and we decline to review it in the interest of justice. Were we to review it, we would find that the court followed the *Batson* steps and, upon its assessment of the credibility of defense counsel, properly found that the proffered race neutral reason was pretextual (*see, People v Fennell*, 231 AD2d 475). Concur—Murphy, P. J., Wallach, Mazzarelli and Andrias, JJ.